IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GETTY,                          )
                                     )     2:12-cv-00394-GEB-CKD
              Plaintiff,             )
                                     )
         v.                          )     ORDER
                                     )
AAR CORP.; and AAR DEFENSE           )
SYSTEMS & LOGISTICS,                 )
                                     )
              Defendants.            )
_____     )

         The parties filed a Stipulation to Elect Referral of Action to
Voluntary Dispute Resolution Program ("VDRP") on June 5, 2012. (ECF No.
17.) Therefore, this matter is referred to VDRP.

Dated:  June 5, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge